WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Fausnacht,<br><br>    Plaintiff,<br><br>v.<br><br>Accounts Receivable,<br><br>    Defendant. | No. CV-15-00958-PHX-ESW<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Order to Show Cause (Doc. 15). No response has been timely filed. *See* LRCiv 7.2(i) (failure to serve and file a responsive memorandum may be deemed consent to the summary denial of a motion). Plaintiff requests that the Court require Defendant to show cause why it should not be held in contempt pursuant to 18 U.S.C. § 401(3) for failing to comply with the Court's Order (Doc. 14) requiring Defendant to respond to Plaintiff's post-judgment discovery requests or pay in full the judgment entered on December 11, 2015 (Doc. 12) in the amount of $9, 334.

For good cause shown,

**IT IS ORDERED** granting the Motion for Order to Show Cause (Doc. 15).

**IT IS FURTHER ORDERED** that Defendant show cause no later than twenty days from the filing of this order why Defendant should not be held in contempt of Court for failing to comply with the Court's Order filed May 20, 2016 (Doc. 14).

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of the Court's Orders (Docs. 14, 12, 16) on the Defendant and file proof of service with the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court add Defendant's address to the docket:  5517 Hansel Ave., Orlando, FL 32809.

Dated this 12th day of August, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge