**ANDERSON BANTA CLARKSON** PLLC
48 NORTH MACDONALD
MESA, ARIZONA 85201
TELEPHONE (480) 788-3053

Adam C. Anderson/024314
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| STEPHANIE FAUSNACHT,<br><br>Plaintiff,<br><br>vs.<br><br>DCN HOLDINGS, INC., d/b/a ACCOUNTS RECEIVABLE,<br><br>Defendant, | Case No.: CV-15-958-PHX-ESW |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, STEPHANIE FAUSNACHT, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

**ANDERSON BANTA CLARKSON PLLC**

By ___s/ Adam Anderson___
Adam C. Anderson (Bar No. 024314)
ANDERSON BANTA CLARKSON PLLC
48 North Macdonald
Mesa, AZ 85201
Telephone:   (480) 272-5983
Facsimile:   (480) 522-3649
E-Mail:       adam@abclawgroup.com
Attorney for Plaintiff

2